UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Not for Publication**

EDISON TOWNSHIP BOARD OF EDUCATION,

*Plaintiff*,

v.

F.S. and A.S. o/b/o Z.S.,

*Defendants*.

Civil Action No. 17-53

**ORDER**

**John Michael Vazquez, U.S.D.J.**

This matter having come before the Court upon the Report and Recommendation ("R&R") of Magistrate Judge Mark Falk (D.E. 36), filed on October 27, 2017, recommending that Plaintiff's motion for a stay pending appeal of the November 21, 2016 decision of the Honorable Michael Antoniewicz, A.L.J., (D.E. 17) be denied; and no objection to the R&R having been filed; and this Court having reviewed the issues therein and decided the matter without oral argument pursuant to Fed. R. Civ. P. 78; and for good cause shown:

**IT IS** on this 27th day of December, 2017, hereby

**ORDERED** that pursuant to Federal Rule of Civil Procedure 72 and 28 U.S.C. § 636, the Report and Recommendation of Magistrate Judge Mark Falk (D.E. 36) is **ADOPTED** and incorporated as the Opinion of this Court.

John Michael Vazquez, U.S.D.J.